Dismissed; Opinion issued January 15, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00075-CV

WILLIAM CASH, JR. AND ALL OCCUPANTS, Appellants

V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-07988-D

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers

The Court has before it appellant's December 28, 2012 motion to dismiss appeal. *See* TEX.

R. APP. P. 42.1(a). We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

120075F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM CASH, JR. AND ALL OCCUPANTS, Appellants

No. 05-12-00075-CV     V.

WELLS FARGO BANK, N.A., Appellee

Appeal from the County Court at Law No. 4 of Dallas County, Texas. (Tr.Ct.No. CC-11-07988-D).

Opinion delivered per curiam before Chief Justice Wright and Justices Francis and Lang-Miers.

 

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is **ORDERED** to recover its costs of this appeal from appellants.

 

Judgment entered    January 15, 2013           .

CAROLYN WRIGHT
CHIEF JUSTICE